JPML FORM 1A                         DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 300 -- IN RE CIBA-GEIGY CORPORATION PATENT LITIGATION

| Date | No. Code | |
|---|---|---|
| 3/9/77 | | ORDER TO SHOW CAUSE -- Why A-1, A-2, A-3 and A-4 should not be transferred to one district under 28 U.S.C §1407 for coordinated or consolidated pretrial proceedings. Notified counsel, involved judges. |
| 3/21/77 | | APPEARANCE -- CIBA-GEIGY CORP. (Barr Action Only) Lloyd McAulay, Esq. REID-PROVIDENT LABS, INC., -- Robert G. Weilacher, Esq. GENERIX DRUG CORP. -- Kenneth I. Sawyer, Esq. |
| 3/22/77 | | REQUEST FOR EXTENSION -- GENEVA GENERICS, INC. -- Granted to 4/1/77 |
| 3/23/77 | | APPEARANCE -- JOHN G. GILFILLAN, III FOR Barr Labs, Inc. HUGH A. CHAPIN, ESQ. for CIBA-GEIGY CORP. (A-1,2&3) |
| 3/25/77 | 1 | RESPONSE -- REID-PROVIDENT LABORATORIES, INC w/cert. of service |
| 3/28/77 | | HEARING ORDER -- Setting A-1 through A-4 for hearing -- April 22, 1977 Los Angeles, Calif. |
| 3/29/77 | 3 | LETTER -- CIBA-GEIGY CORP. except A-4 action listing additional actions -- From Hugh A. Chapin |
| 3/29/77 | 2 | RESPONSE -- GENERIX DRUG CORP. w/cert. of service |
| 3/31/77 | | LETTER -- COunsel for Barr Laboratories w/cert. of service |
| 4/4/77 | 4 | RESPONSE TO ORDER TO SHOW CAUSE -- Geneva Generics, Inc.,w/cert. of svc. |
| 4/4/77 | | APPEARANCE -- MARC S. GROSS, ESQ. FOR Geneva Generics, Inc., & Towne, Paulsen & Co., Inc. |
| 4/5/77 | | AMENDMEMT TO ORDER TO SHOW CAUSE to add B-1 and B-2. Notified counsel, involved judges. |
| 4/5/77 | | LETTER -- Ciba-Geigy Corp. for Barr Action. |
| 4/11/77 | | LETTER -- Counsel for Zenity Laboratories, w/service indicated |
| 4/11/77 | | APPEARANCE -- Barry M. Epstein for Zenith Laboratories |
| 6/1/77 | | CONSENT FROM TRANSFEREE COURT -- for Judge H. Curtis Meanor to handle litigation in the D. New Jersey under 28 U.S.C. §1407 |
| 6/1/77 | | TRANSFER ORDER -- transferring A-1, A-2, A-3, B-1 and B-2 to the District of New Jersey under 28 U.S.C. §1407 for assignment to Judge H. Curtis Meanor |

DOCKET NO. 300 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE CIBA-GEIGY Corp. Patent Litigation

## Summary of Panel Actions

Date(s) of Hearing(s) _____
Consolidation Ordered _1/77_    Consolidation Denied _____
Opinion and/or Order _2/1/77_
Citation _____

Transferee District _New Jersey_    Transferee Judge _H. Curtis Meanor_

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | CIBA-GEIGY Corp. v. Geneva Generics, Inc. | D. Colo. Winner | 76-W-957 | | N77-1084 | 6/13/77 | |
| A-2 | CIBA-GEIGY Corp. v. Generix Drug Corp | S.D.Fla Eaton | 76-6422-Civ-JE | | N-77-1085 | 6/13/77 | |
| A-3 | CIBA-GEIGY Corp. v. Reid Provident Labs, Inc. | N.D.Ga. Henderson | C76-1589A | | N-77-1086 | 6/13/77 | |
| A-4 | CIBA-GEIGY Corp. v. Barr Labs, Inc. | D. N.J. Meanor | N76-1885 | | | 6/13/77 | |
| B-1 | CIBA-GEIGY Corp. v. Towne, Paulsen & Co., Inc. | C.D.CAL | CV76-3066-AAH | | N-77-1087 | 6/13/77 | OSC 4/5/77 |
| B-2 | CIBA-GEIGY CORP. v. Zenith Laboratories, et al. | D.N.J. Meanor | 806-73 | N.T. | | 6/13/77 | OSC 4/5/77 |

JPML FORM 2

ATTORNEY LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 300 -- IN RE CIBA-GEIGY CORP. PATENT LITIGATION

| | |
|---|---|
| **CIBA-GEIGY CORP.**<br>Hugh A. Chaplin, Esquire<br>Kenyon & Kenyon, Reilly,<br>  Carr & Chapin<br>59 Maiden Lane<br>New York, New York  10038<br><br>Lloyd McAulay, Esquire<br>McAulay, Fields, Fisher<br>  & Goldstein<br>20 Exchange Place<br>New York, New York  10005<br><br>TOWNE, PAULSEN & CO., INC.<br>**GENEVA GENERICS, INC.**<br>Marc S. Gross, Esquire<br>Hubbell, Cohen, Stiefel<br>  & Gross<br>551 5th Avenue<br>New York, New York  10017<br><br>**GENERIX DRUG CORP.**<br>Kenneth D. Sawyer, Esquire<br>Hodgson, Russ, Andrews,<br>  Woods & Goodyear<br>4000 N. State Road 7<br>Ft. Lauderdale, Florida  33319<br><br>**REID-PROVIDENT LABORATORIES, INC.**<br>Robert G. Weilacher, Esquire<br>Beveridge, DeGrandi, Kline &<br>  Lundford<br>1819 H Street, N.W.<br>Washington, D.C.  20006<br><br>**BARR LABS**<br>John G. Gilfillan, III, Esquire<br>Carella, Bain, Gilfillan &<br>  Rhodes<br>Gateway I, Suite 2404<br>Newark, New Jersey  07102 | **ZENITH LABORATORIES, INC.**<br>Barry M. Epstein, Esquire<br>Sills, Beck, Cummis, Radin<br>  & Tischman<br>33 Washington Street<br>Newark, New Jersey  07102 |