DOCKET NO. 300

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE CIBA-GEIGY CORP. PATENT LITIGATION

TRANSFER ORDER

    It appearing that all parties to the actions listed on the attached Schedule A agree on the desirability of transferring the actions pending in districts other than the District of New Jersey to that district for coordinated or consolidated pretrial proceedings with the actions in that district before the Honorable H. Curtis Meanor, and, upon consideration of the complaints and the papers submitted, the Panel having found that these actions involve common questions of fact and that transfer would serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation,

    IT IS THEREFORE ORDERED that the actions listed on the attached Schedule A and pending in districts other than the District of New Jersey be, and the same hereby are, transferred to the District of New Jersey and, with the consent of that court, assigned to the Honorable H. Curtis Meanor for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 with the actions pending in that district and also listed on the attached Schedule A.

FOR THE PANEL:

John Minor Wisdom
Chairman

Schedule A                                          Docket No. 300

### District of Colorado

CIBA-GEIGY Corp. v. Geneva Generics, Inc.           Civil Action
                                                    No. 76-W-957

### Southern District of Florida

CIBA-GEIGY Corp. v. Generix Drug Corp.              Civil Action
                                                    No. 76-6422-Civ-JE

### Northern District of Georgia

CIBA-GEIGY Corp. v. Reid Provident Labs, Inc.       Civil Action
                                                    No. C76-1589A

### District of New Jersey

CIBA-GEIGY Corp. v. Barr Labs, Inc.                 Civil Action
                                                    No. N76-1885

CIBA-GEIGY Corp. v. Zenith Laboratories, et al.     Civil Action
                                                    No. 806-73

### Central District of California

CIBA-GEIGY Corp. v. Towne, Paulsen & Co., Inc.      Civil Action
                                                    No. CV76-3066-AAH

DOCKET NO. 300

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE CIBA-GEIGY CORPORATION PATENT LITIGATION

TO COUNSEL FOR ALL PARTIES INVOLVED IN THE CIBA-GEIGY CORPORATION PATENT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

MAR -9 1977

PATRICIA D. HOWARD
CLERK OF THE PANEL

ORDER TO SHOW CAUSE

You and each of you are hereby ordered to show cause why the actions listed on the attached Schedule A should not be transferred pursuant to 28 U.S.C. §1407 to a single district for coordinated or consolidated pretrial proceedings.

3/9/77

Responses to this order shall conform with the requirements of Rule 8, of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 65 F.R.D. 253 (1975).

You are further notified that the issuing of this order by the Panel does not affect or suspend orders and discovery proceedings in the district court in which said multidistrict litigation is pending. RPJPML (Rule 16).

FOR THE PANEL:

*John Minor Wisdom*
John Minor Wisdom
Chairman

Attachment

SCHEDULE A                                          DOCKET NO. 300

### DISTRICT OF COLORADO

CIBA-GEIGY Corp. v. Geneva Generics, Inc.           Civil Action
                                                    No. 76-W-957

### SOUTHERN DISTRICT OF FLORIDA

CIBA-GEIGY Corp. v. Generix Drug Corp.              Civil Action
                                                    No. 76-6422-Civ-JE

### NORTHERN DISTRICT OF GEORGIA

CIBA-GEIGY Corp. v. Reid Provident Labs,            Civil Action
Inc.                                                No. C76-1589A

### DISTRICT OF NEW JERSEY

CIBA-Geigy corp. v. Barr Labs, Inc.                 Civil Action
                                                    No. N76-1885